BLANCHE F. VAN NESS, Administratrix, etc., of WILLIAM C. VAN NESS, Deceased, Respondent, v. EDWARD JACKSON, HARRY V. ASCIUTTO, Defendants, and BEDFORD CHEVROLET SALES CORPORATION, Appellant.— Motion for reargument and

for other relief denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.